| | |
|---|---|
| James T. Hultquist *(pro hac vice)*<br>Email: jhultquist@reedsmith.com<br>Jennifer Y. DePriest *(pro hac vice)*<br>Email: jdepriest@reedsmith.com<br>Ismail C. Kuru *(pro hac vice)*<br>Email: ikuru@reedsmith.com<br>REED SMITH LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>Telephone: +1 312 207 1000<br>Facsimile: +1 312 207 6400<br><br>Christopher J. Pulido (SBN 313142)<br>Email: cpulido@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, California 94105-3659<br>Telephone: +1 415 543 8700<br>Facsimile: +1 415 391 8269<br><br>*Attorneys for Plaintiff*<br>Philips North America LLC | Dylan W. Wiseman (SBN: 173669)<br>Email: dwiseman@buchalter.com<br>Jacqueline N. Vu (SBN: 287011)<br>Email: jvu@buchalter.com<br>BUCHALTER<br>A Professional Corporation<br>500 Capitol Mall, Suite 1900<br>Sacramento, CA 95814<br>Telephone: 916.945.5170<br><br>*Attorneys for Defendants*<br>Advanced Imaging Services, Inc.,<br>d/b/a Advanced Imaging Parts; and<br>Wang Xiuyuan a/k/a Sean Wang |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and WANG XIUYUAN a/k/a SEAN WANG,<br><br>Defendants. | Case No. 2:21-cv-00876<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION PURSUANT LOCAL RULE 230(F)**<br><br>Current Hearing Date: July 6, 2021<br>New Hearing Date: August 24, 2021<br>Hearing Time: 1:30 p.m.<br>Courtroom: 6 – 14th Floor<br>Judge: Hon. John A. Mendez<br><br>Complaint Filed: May 13, 2021 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# STIPULATION

Pursuant to Local Rule 230(f) of the Eastern District of California Civil Local Rules and the Court's June 28, 2021 Order (ECF No. 34), Plaintiff Philips North America LLC ("Philips") and Defendants Advanced Imaging Services, Inc., d/b/a Advanced Imaging Parts ("AIP") and Wang Xiuyuan a/k/a Sean Wang (together with AIP, "Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On May 13, 2021, Philips initiated this action and filed its Complaint against Defendants. *See* ECF No. 1.

2. On May 14, 2021, Philips filed a Motion for Preliminary Injunction with a hearing date of July 6, 2021 at 1:30 p.m. *See* ECF No. 5.

3. Also on May 14, 2021, Philips filed a Motion for Expedited Discovery (ECF No. 7) and an *Ex Parte* Application to Shorten Time (ECF No. 9), noticed before the District Judge. The hearings on these motions were vacated and Philips was instructed to notice the motions before the Magistrate Judge. *See* ECF No. 13. Philips filed a new combined Motion to Shorten Time/For Expedited Discovery (ECF No. 15) and noticed the hearing before Magistrate Judge Allison Claire for June 16, 2021.[1]

4. On June 22, 2021, Defendants filed their Opposition to the Motion for Preliminary Injunction. *See* ECF No. 30.

5. On June 24, 2021, Magistrate Judge Claire granted Philips' Motion for Expedited Discovery. *See* ECF No. 31. Defendants are required to respond to Philips' request for production of documents and things and the propounded interrogatories no later than fourteen days from the date of the Order (*i.e.*, no later than July 8, 2021). *Id.* Philips may, if necessary to clarify any written discovery from Defendants, notice a deposition of Defendants within thirty days of the Order (*i.e.*, no later than July 24, 2021). *Id.*

6. The Parties, by and through their counsel, have met and conferred and have agreed to continue the hearing on Philips' Motion for Preliminary Injunction until August 24, 2021, in

---

[1] The Parties later stipulated to extend the hearing date to June 23, 2021. *See* ECF No. 26. The stipulation was granted and the hearing was taken under submission on the papers.

order to allow time for the expedited discovery as ordered by Magistrate Judge Claire. The parties further agree to the following briefing schedule:

| | |
|---|---|
| Philips to file supplemental brief in support of its Motion for Preliminary Injunction (max 10 pages) | July 27, 2021 |
| Defendants to file supplemental brief in support of their Opposition to the Motion for Preliminary Injunction (max 10 pages) | August 10, 2021 |
| Philips to file reply brief in support of its Motion for Preliminary Injunction and Supplemental Brief (max 10 pages)[2] | August 17, 2021 |
| Hearing | August 24, 2021 1:30 p.m. |

7. No other deadlines are affected by this Stipulation.

8. There has been two previous extensions of time stipulated to by the Parties—one for Defendants to have additional time to answer or otherwise respond to the Complaint (ECF No. 24), and another for Defendants to have additional time to respond to Philips' Motion for Expedited Discovery (ECF No. 27). There have been no previous extensions obtained by the Parties related to Philips' Motion for Preliminary Injunction.

9. Accordingly, it is hereby agreed and stipulated by the Parties that the hearing on the Motion for Preliminary Injunction may be continued to August 24, 2021, or a date as soon thereafter as convenient to the Court, at 1:30 p.m. in courtroom 6, before Judge John Mendez. It is further hereby agreed and stipulated by the Parties that Philips may file a supplemental brief in

---

[2] In light of the Court's June 24, 2021 dismissal of Philips' Motion for Preliminary Injunction and vacatur of the July 6, 2021 hearing date, Philips has not filed a reply brief in support of its Motion for Preliminary Injunction (which would be due June 29, 2021 with a July 6, 2021 hearing date). Instead, for the sake of efficiency, Philips proposes to file a single reply in support of its Motion for Preliminary Injunction following expedited discovery and the Parties' filing of supplemental briefs following such discovery.

support of its Motion (not to exceed 10 pages) by July 27, 2021, that Defendants may file a supplemental brief in support of their Opposition (not to exceed 10 pages) by August 10, 2021, and that Philips may file a reply brief in support of its Motion (not to exceed 10 pages) by August 17, 2021.

**STIPULATED AND AGREED TO BY:**

DATED: June 29, 2021  REED SMITH LLP

By: */s/ Christopher J. Pulido*
Christopher J. Pulido
James T. Hultquist *(pro hac vice)*
Jennifer Y. DePriest *(pro hac vice)*
Ismail C. Kuru *(pro hac vice)*
Attorneys for Plaintiff, PHILIPS NORTH AMERICA LLC

DATED: June 29, 2021  BUCHALTER
A Professional Corporation

By: */s/ Jacqueline N. Vu*
DYLAN W. WISEMAN
JACQUELINE N. VU
Attorneys for Defendants,
ADVANCED IMAGING SERVICES, INC.,
d/b/a ADVANCED IMAGING PARTS; and
WANG XIUYUAN a/k/a SEAN WANG

# ORDER

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the hearing on Plaintiff's Motion for Preliminary Injunction is continued from July 6, 2021 to August 24, 2021 at 1:30 p.m., in Courtroom 6 – 14th floor before Judge John Mendez. The Court FURTHER ORDERS the following briefing schedule:

| | |
|---|---|
| Philips to file supplemental brief in support of its Motion for Preliminary Injunction (max 10 pages) | July 27, 2021 |
| Defendants to file supplemental brief in support of their Opposition to the Motion for Preliminary Injunction (max 10 pages) | August 10, 2021 |
| Philips to file reply brief in support of its Motion for Preliminary Injunction (max 10 pages) | August 17, 2021 |

IT IS SO ORDERED.

DATED: June 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

No.: 2:21-cv-00876
STIPULATION TO CONTINUE HEARING RE PRELIMINARY INJUNCTION MOTION