James T. Hultquist *(pro hac vice)*
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest *(pro hac vice)*
Email: jdepriest@reedsmith.com
Ismail C. Kuru *(pro hac vice)*
Email: ikuru@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email:   cpulido@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Plaintiff*
Philips North America LLC

Dylan W. Wiseman (SBN: 173669)
Email:  dwiseman@buchalter.com
Jacqueline N. Vu (SBN: 287011)
Email:  jvu@buchalter.com
BUCHALTER
A Professional Corporation
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170

*Attorneys for Defendants*
Advanced Imaging Services, Inc.,
d/b/a Advanced Imaging Parts; and
Wang Xiuyuan a/k/a Sean Wang

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and WANG XIUYUAN a/k/a SEAN WANG,<br><br>Defendants. | Case No. 2:21-cv-00876<br><br>**STIPULATION PURSUANT TO LOCAL RULE 230(F) TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Current Hearing Date:  August 24, 2021<br>New Hearing Date:  September 28, 2021<br>Hearing Time:  1:30 p.m.<br>Courtroom:  6 – 14th Floor<br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed:  May 13, 2021 |

**STIPULATION**

Pursuant to Local Rule 230(f) of the Eastern District of California Civil Local Rules, Plaintiff Philips North America LLC ("Philips") and Defendants Advanced Imaging Services, Inc., d/b/a Advanced Imaging Parts ("AIP") and Wang Xiuyuan a/k/a Sean Wang (together with AIP, "Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On May 13, 2021, Philips initiated this action and filed its Complaint against Defendants. *See* ECF No. 1.

2. On May 14, 2021, Philips filed a Motion for Preliminary Injunction with a hearing date of July 6, 2021 at 1:30 p.m. *See* ECF No. 5.

3. Also on May 14, 2021, Philips filed a Motion for Expedited Discovery (ECF No. 7) and an *Ex Parte* Application to Shorten Time (ECF No. 9), noticed before the District Judge. The hearings on these motions were vacated and Philips was instructed to notice the motions before the Magistrate Judge. *See* ECF No. 13. Philips filed a new combined Motion to Shorten Time/For Expedited Discovery (ECF No. 15) and noticed the hearing before Magistrate Judge Allison Claire for June 16, 2021.[1]

4. On June 22, 2021, Defendants filed their Opposition to the Motion for Preliminary Injunction. *See* ECF No. 30.

5. On June 24, 2021, Magistrate Judge Claire granted Philips' Motion for Expedited Discovery. *See* ECF No. 31. Defendants were required to respond to Philips' request for production of documents and things and the propounded interrogatories no later than fourteen days from the date of the Order (*i.e.*, no later than July 8, 2021). *Id.* Philips may, if necessary to clarify any written discovery from Defendants, notice a deposition of Defendants within thirty days of the Order (*i.e.*, no later than July 24, 2021). *Id.*

6. On June 30, 2021, the Court entered the Parties' Stipulation to Continue the Hearing on Plaintiff's Motion for Preliminary Injunction Pursuant to Local Rule 230(f) to allow

---

[1] The Parties later stipulated to extend the hearing date to June 23, 2021. *See* ECF No. 26. The stipulation was granted and the hearing was taken under submission on the papers.

the Parties to complete expedited discovery before the hearing. *See* ECF No. 36. The Stipulation set the Motion for hearing on August 24, 2021 and set a supplemental briefing schedule. *Id*.

7. On July 8, 2021, Defendants filed a Motion for Protective Order, contending that Philips needs to first comply with Cal. Civ. Code § 2019.210 before Defendants would produce documents responsive to Philips' expedited discovery requests. *See* ECF No. 38. The hearing date for that motion is set for August 4, 2021. *See* ECF No. 40. In addition, that same day, Defendants filed another Motion for Protective Order seeking to omit Philips' proposed term that before disclosing information designated as "Attorneys' Eyes Only" or "Source Code" with a consultant, who had agreed to be bound by the protective order, that the identity of the consultant be disclosed to Philips if the consultant is a current officer, director, or employee of a competitor or anticipated to become one. *See* ECF No. 39. The Parties addressed that dispute through an informal discovery conference before Magistrate Judge Claire on Monday, July 26, 2021, whereinafter Magistrate Judge Claire accepted Philips' proposed language. *See* ECF Nos. 42, 44. The Parties thereafter filed the Stipulated Protective Order to be entered by the Court. *See* ECF No. 45.

8. In light of the present disputes regarding expedited discovery related to Philips' Motion for Preliminary Injunction, the Parties, by and through their counsel, have met and conferred and have agreed to continue the hearing on Philips' Motion for Preliminary Injunction until September 28, 2021, in order to allow time for the expedited discovery as ordered by Magistrate Judge Claire following resolution of the Parties' discovery disputes. The Parties further agree to the following schedule (which tracks the events and sequencing previously set by the Court, *see* ECF No. 36):

| | |
|---|---|
| Last day for Defendants to complete its document production | August 11, 2021 |
| Last day for Philips to take Defendants' deposition | August 24, 2021 |

| | |
|---|---|
| Philips to file supplemental brief in support of its Motion for Preliminary Injunction (max 10 pages) | August 31, 2021 |
| Defendants to file supplemental brief in support of their Opposition to the Motion for Preliminary Injunction (max 10 pages) | September 14, 2021 |
| Philips to file reply brief in support of its Motion for Preliminary Injunction and Supplemental Brief (max 10 pages) | September 21, 2021 |
| Hearing | September 28, 2021 1:30 p.m. |

9. No other deadlines are affected by this Stipulation.

10. There has been three previous extensions of time stipulated to by the Parties—one for Defendants to have additional time to answer or otherwise respond to the Complaint (ECF No. 24), another for Defendants to have additional time to respond to Philips' Motion for Expedited Discovery (ECF No. 27), and another one to extend the hearing date on Philips' Motion for Preliminary Injunction (ECF No. 36).

11. Accordingly, it is hereby agreed and stipulated by the Parties that the hearing on the Motion for Preliminary Injunction may be continued to September 28, 2021, or a date as soon thereafter as convenient to the Court, at 1:30 p.m. in courtroom 6, before Judge John Mendez. For the Motion for Preliminary Injunction, it is further hereby agreed and stipulated by the Parties that the last day for Defendants to produce documents is August 11, 2021, that the last day Philips may depose Defendants is August 24, 2021, that Philips may file a supplemental brief in support of its Motion (not to exceed 10 pages) by August 31, 2021, that Defendants may file a supplemental brief in support of their Opposition (not to exceed 10 pages) by September 14, 2021, and that Philips may file a reply brief in support of its Motion (not to exceed 10 pages) by September 21, 2021.

**STIPULATED AND AGREED TO BY:**

DATED: July 27, 2021                    REED SMITH LLP

By: */s/ Christopher J. Pulido*
　　　Christopher J. Pulido
　　　James T. Hultquist *(pro hac vice)*
　　　Jennifer Y. DePriest *(pro hac vice)*
　　　Ismail C. Kuru *(pro hac vice)*
　　　Attorneys for Plaintiff, PHILIPS NORTH AMERICA LLC

DATED: July 27, 2021                    BUCHALTER
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

By: */s/ Jacqueline N. Vu*
　　　DYLAN W. WISEMAN
　　　JACQUELINE N. VU
　　　Attorneys for Defendants,
　　　ADVANCED IMAGING SERVICES, INC.,
　　　d/b/a ADVANCED IMAGING PARTS; and
　　　WANG XIUYUAN a/k/a SEAN WANG

**ORDER**

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the hearing on Plaintiff's Motion for Preliminary Injunction is continued from August 24, 2021 to September 28, 2021 at 1:30 p.m., in Courtroom 6 – 14th floor before Judge John Mendez. The Court FURTHER ORDERS the following schedule:

| | |
|---|---|
| Last day for Defendants to complete its document production | August 11, 2021 |
| Last day for Philips to take Defendants' deposition | August 24, 2021 |
| Philips to file supplemental brief in support of its Motion for Preliminary Injunction (max 10 pages) | August 31, 2021 |
| Defendants to file supplemental brief in support of their Opposition to the Motion for Preliminary Injunction (max 10 pages) | September 14, 2021 |
| Philips to file reply brief in support of its Motion for Preliminary Injunction and Supplemental Brief (max 10 pages) | September 21, 2021 |
| Hearing | September 28, 2021 1:30 p.m. |

IT IS SO ORDERED.

Dated: July 27, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE