James T. Hultquist (admitted *pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (admitted *pro hac vice*)
Email: jdepriest@reedsmith.com
Ismail C. Kuru  (admitted *pro hac vice*)
Email: ikuru@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email: cpulido@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC; <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and WANG XIUYUAN a/k/a SEAN WANG, <br><br> Defendants. | No.: 2:21-cv-00876 <br><br> **[PROPOSED] ORDER SHORTENING TIME ON PLAINTIFF'S  MOTION TO COMPEL PRODUCTION OF MATERIALS FOR INSPECTION PRIOR TO THE AUGUST 11, 2021 EXPEDITED DISCOVERY CUTOFF** |

Presently before the Court is Plaintiff Philips North America LLC's ("Philips") *Ex Parte* Application to Shorten Time on Its Motion To Compel Production Of Materials For Inspection Prior To The August 11, 2021 Expedited Discovery Cutoff. Pursuant to Local Civil Rule 144(e) and Federal Rule of Civil Procedure 6(c), good cause exists to shorten the time to hear Philips' Motion To Compel Production Of Materials For Inspection Prior To The August 11, 2021 Expedited Discovery Cutoff, and the application to shorten time is **GRANTED**.

The Court **ORDERS** as that the Parties Joint Statement re Discovery Disagreement be filed no later than 4:00 p.m. on August 4, 2021.

The Court further **ORDERS** that a hearing on the Motion To Compel Production Of Materials For Inspection Prior To The August 11, 2021 Expedited Discovery Cutoff shall be held on August 6, 2021 at 9:00 a.m. via Zoom.

**IT IS SO ORDERED.**

Dated: August 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

No.: 2:21-cv-00876             -1-
[PROPOSED] ORDER