1  James T. Hultquist *(pro hac vice)*
   Email: jhultquist@reedsmith.com
2  Jennifer Y. DePriest *(pro hac vice)*
   Email: jdepriest@reedsmith.com
3  Ismail C. Kuru *(pro hac vice)*
   Email: ikuru@reedsmith.com
4  REED SMITH LLP
   10 South Wacker Drive
5  Chicago, IL  60606-7507
   Telephone: +1 312 207 1000
6  Facsimile: +1 312 207 6400

7  Christopher J. Pulido (SBN 313142)
   Email:    cpulido@reedsmith.com
8  REED SMITH LLP
   101 Second Street, Suite 1800
9  San Francisco, California 94105-3659
   Telephone: +1 415 543 8700
10 Facsimile: +1 415 391 8269

11 *Attorneys for Plaintiff*
   Philips North America LLC

Dylan W. Wiseman (SBN:  173669)
Email:  dwiseman@buchalter.com
Jacqueline N. Vu (SBN:  287011)
Email:  jvu@buchalter.com
BUCHALTER
A Professional Corporation
500 Capitol Mall, Suite 1900
Sacramento, CA  95814
Telephone: 916.945.5170

*Attorneys for Defendants*
Advanced Imaging Services, Inc.,
d/b/a Advanced Imaging Parts; and
Wang Xiuyuan a/k/a Sean Wang

12

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC.,<br>d/b/a ADVANCED IMAGING PARTS; and<br>WANG XIUYUAN a/k/a SEAN WANG,<br><br>Defendants. | Case No. 2:21-cv-00876<br><br>**STIPULATION TO EXTEND THE EXPEDITED DEPOSITION CUT-OFF DATE AND THE DEADLINE FOR PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Hearing Date:      September 28, 2021
Hearing Time:      1:30 p.m.
Courtroom:          6 – 14th Floor
Judge:                 Hon. John A. Mendez

Complaint Filed:   May 13, 2021

*(left margin, vertical)* REED SMITH LLP — A limited liability partnership formed in the State of Delaware

**STIPULATION**

Plaintiff Philips North America LLC ("Philips") and Defendants Advanced Imaging Services, Inc., d/b/a Advanced Imaging Parts ("AIP") and Wang Xiuyuan a/k/a Sean Wang (together with AIP, "Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

1.     On May 13, 2021, Philips initiated this action and filed its Complaint against Defendants.  *See* ECF No. 1.

2.     On May 14, 2021, Philips filed a Motion for Preliminary Injunction with a hearing date of July 6, 2021 at 1:30 p.m.  *See* ECF No. 5.

3.     Also on May 14, 2021, Philips filed a Motion for Expedited Discovery (ECF No. 7) and an *Ex Parte* Application to Shorten Time (ECF No. 9).

4.     On June 24, 2021, Magistrate Judge Claire granted Philips' Motion for Expedited Discovery.  *See* ECF No. 31.

5.     Since that time, the Parties have engaged in expedited discovery and have stipulated to continuances to the supplemental briefing and preliminary injunction hearing to accommodate the ongoing expedited discovery.  *See* ECF Nos. 36, 47.

6.     Most recently, on July 27, 2021, the Court entered a stipulated Order setting the following dates (*see* ECF No. 47):

| | |
|---|---|
| Last day for Defendants to complete its document production | August 11, 2021 |
| Last day for Philips to take Defendants' deposition | August 24, 2021 |
| Philips to file supplemental brief in support of its Motion for Preliminary Injunction (max 10 pages) | August 31, 2021 |
| Defendants to file supplemental brief in support of their Opposition to the Motion for Preliminary Injunction (max 10 pages) | September 14, 2021 |

| Philips to file reply brief in support of its Motion for Preliminary Injunction and Supplemental Brief (max 10 pages) | September 21, 2021 |
|---|---|
| Hearing | September 28, 2021 1:30 p.m. |

7.     Following the Parties' meet and confer efforts, Defendants have indicated that they are completing their production of documents by August 20, 2021, and that Defendants' witness is available for deposition on August 31, 2021.

8.     Accordingly, the Parties have agreed to extend the date for completion of document production from August 11, 2021 to August 20, 2021; the deposition cutoff date from August 24, 2021 to August 31, 2021; and the date for Philips' supplemental brief in support of its Motion for Preliminary Injunction from August 31, 2021 to September 7, 2021.  All other dates will remain the same, including the hearing on Philips' Motion for Preliminary Injunction, as set forth in the Court's July 27, 2021 Order (ECF No. 47).  Thus the Parties have stipulated and agreed to the following revised schedule:

| Last day for Defendants to complete its document production | August 20, 2021 |
|---|---|
| Last day for Philips to take Defendants' deposition | August 31, 2021 |
| Philips to file supplemental brief in support of its Motion for Preliminary Injunction (max 10 pages) | September 7, 2021 |
| Defendants to file supplemental brief in support of their Opposition to the Motion for Preliminary Injunction (max 10 pages) | September 14, 2021 |
| Philips to file reply brief in support of its Motion for Preliminary Injunction and Supplemental Brief (max 10 pages) | September 21, 2021 |

STIPULATION TO EXTEND THE EXPEDITED DEPOSITION CUT-OFF DATE AND THE DEADLINE FOR PLAINTIFF'S SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEF

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| Hearing | September 28, 2021<br>1:30 p.m. |

9.      No other deadlines are affected by this Stipulation.

10.      There have been four previous extensions of time stipulated to by the Parties—one for Defendants to have additional time to answer or otherwise respond to the Complaint (ECF No. 24), another for Defendants to have additional time to respond to Philips' Motion for Expedited Discovery (ECF No. 27), and another two to extend the hearing date on Philips' Motion for Preliminary Injunction (ECF Nos. 36 and 47).

**STIPULATED AND AGREED TO BY:**

DATED:  August 20, 2021                    REED SMITH LLP


                                           By:    */s/ Christopher J. Pulido*
                                                    Christopher J. Pulido
                                                    James T. Hultquist *(pro hac vice)*
                                                    Jennifer Y. DePriest *(pro hac vice)*
                                                    Ismail C. Kuru *(pro hac vice)*
                                                    Attorneys for Plaintiff, PHILIPS NORTH
                                                        AMERICA LLC

DATED:  August 20, 2021                    BUCHALTER
                                           A Professional Corporation


                                           By:    */s/ Jacqueline N. Vu*
                                                    DYLAN W. WISEMAN
                                                    JACQUELINE N. VU
                                                    Attorneys for Defendants,
                                                    ADVANCED IMAGING SERVICES, INC.,
                                                    d/b/a ADVANCED IMAGING PARTS; and
                                                    WANG XIUYUAN a/k/a SEAN WANG

# ORDER

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the last day for Defendants to complete its document production is August 20, 2021; the last day for Philips to take Defendants' deposition is extended to August 31, 2021; and Philips' supplemental brief in support of its Motion for Preliminary Injunction is due by September 7, 2021.  All other dates remain the same as ordered in the July 27, 2021 Stipulation (ECF No. 47).  The hearing on Plaintiff's Motion for Preliminary Injunction remains the same as previously set, September 28, 2021, at 1:30 p.m., in Courtroom 6 – 14th floor before Judge John Mendez.  The Court FURTHER ORDERS the following schedule:

| | |
|---|---|
| Last day for Defendants to complete its document production | August 20, 2021 |
| Last day for Philips to take Defendants' deposition | August 31, 2021 |
| Philips to file supplemental brief in support of its Motion for Preliminary Injunction (max 10 pages) | September 7, 2021 |
| Defendants to file supplemental brief in support of their Opposition to the Motion for Preliminary Injunction (max 10 pages) | September 14, 2021 |
| Philips to file reply brief in support of its Motion for Preliminary Injunction and Supplemental Brief (max 10 pages) | September 21, 2021 |
| Hearing | September 28, 2021 1:30 p.m. |

IT IS SO ORDERED.

DATED:  August 23, 2021

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware