UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, | No. 2:21-cv-00876-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| ADVANCED IMAGING SERVICES, INC., | |
| Defendant. | |

On August 6, 2021, the undersigned granted plaintiff's motion to compel, denied defendant's motion for a protective order, and informed the parties that plaintiff would be awarded fees and costs pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and E.D. Cal. R. ("Local Rule") 230. ECF No. 57 at 13. The court stated that the lodestar approach to fee calculation would be used and an award would issue following plaintiff's submission of a proper billing statement. Id. Plaintiff's counsel submitted a timely petition for fees with an appropriate billing statement. ECF No. 65. Plaintiff seeks compensation for a total of 52.8 billed hours at the rate of $350/hour (the local rate typically applied in this district) for a total request of $18,480.00. ECF No. 65-1. Defendant filed an opposition arguing, in summary, that the motion to compel was unnecessary in light of its own motion for a protective order, and a fee award is therefore inappropriate. ECF No. 67 at 3.

      Whether an award of attorney's fees is appropriate is not at issue here; the undersigned already determined that fees will be awarded. Defendant does not object to plaintiff's billing rate or hours billed. The undersigned finds the rate appropriate and the billing statement complete. The petition for fees (ECF No. 65) is therefore GRANTED and defendants shall pay plaintiffs $18,480.00 in attorney's fees in connection with the motion to compel within 30 days of this order.

      IT IS SO ORDERED.

DATED: August 31, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE