James T. Hultquist (admitted *pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (admitted *pro hac vice*)
Email: jdepriest@reedsmith.com
Ismail C. Kuru  (admitted *pro hac vice*)
Email: ikuru@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email: cpulido@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC; <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and WANG XIUYUAN a/k/a SEAN WANG, <br><br> Defendants. | No.: 2:21-cv-00876 <br><br> **ORDER GRANTING PHILIPS' REQUEST TO SEAL PORTIONS OF ITS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

The Court, having reviewed Plaintiff Philips North America LLC's ("Philips") Request To Seal Portions Of Its Supplemental Memorandum In Support Of Motion For Preliminary Injunction (the "Request"), all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

**IT IS ORDERED** that Philips' Request is **GRANTED**.

**IT IS FURTHER ORDERED** the following portions of Philips' Supplemental Memorandum In Support Of Motion For Preliminary Injunction be sealed:

- The following portions of the Supplemental PI Memo: pg. 1 lines 26-28; pg. 2 lines 1-21; pg. 3 lines 22, 24-25; pg. 4 lines 2, 9-10; pg. 6 lines 14-17, 26, 28; pg. 7 lines 1-9, 11, 13-22; pg. 8 lines 4-17, 22-24; pg. 9 lines 10-15, 27-28; pg. 10 lines 2-6, 10-12, 25-27.

- The following portions of the Affidavit of Jacqueline Dickson in support of the Supplemental PI Memo: pg. 2 lines 8-26; pg. 3 lines 5-28; pg. 4 lines 1-9, 12, 17-22; pg. 5 lines 10, 13-15; Exhibits A–E in their entirety.

- The following portions of the Affidavit of I. Cem Kuru in support of the Supplemental PI Memo: Exhibits A, D–I in their entirety.

**IT IS SO ORDERED.**

Dated:  9/8/2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE