BUCHALTER
A Professional Corporation
DYLAN W. WISEMAN (SBN: 173669)
JACQUELINE N. VU (SBN: 287011)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: dwiseman@buchalter.com

Attorneys for Defendants
ADVANCED IMAGING SERVICES, INC.,
d/b/a ADVANCED IMAGING PARTS; and
WANG XIUYUAN a/k/a SEAN WANG

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC.,<br>d/b/a ADVANCED IMAGING PARTS; and<br>WANG XIUYUAN a/k/a SEAN WANG,<br><br>   Defendants. | Case No. 2:21-cv-00876-JAM-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL PORTIONS OF ITS SUPPLEMENTAL BRIEF IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      September 28, 2021<br>Time:      1:30 p.m.<br>Courtroom: 6-14$^h$ Floor<br>Judge:     Hon. John A. Mendez |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ORDER GRANTING REQUEST TO SEAL**
BN 46896542v1

**CASE NO. 2:21-CV-00867-JAM-AC**

The Court, having reviewed Defendants' Advanced Imaging Services, Inc. ("Advanced") and Sean Wang (collectively "Defendants") Request to Seal portions of their Supplemental Brief in Support of Opposition to Plaintiff's Motion for Preliminary Injunction (the "Request") all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

**IT IS ORDERED** that Defendants Request is GRANTED.

**IT IS FURTHER ORDERED** the following portions of Defendants' Supplemental Brief in Support of Opposition to Plaintiff's Motion for Preliminary Injunction be sealed:

- The following portions of the Supplemental Opposition Brief: pg. 3 lines 9-12, 15-15, 18-21, 23-26; pg. 4 lines 5-7, 9-11, 23-26; pg. 5 lines 15-16, 23-24, 25-28; pg. 6 lines 1-4;
- The following portions of the Supplemental Declaration of Dylan Wiseman in Support of the Supplemental Opposition Brief: Exhibits D and F in their entirety.

The total number of pages to be sealed is 52 pages.

**IT IS SO ORDERED.**

Dated: September 17, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE