1  James T. Hultquist (admitted *pro hac vice*)
   Email: jhultquist@reedsmith.com
2  Jennifer Y. DePriest (admitted *pro hac vice*)
   Email: jdepriest@reedsmith.com
3  Ismail C. Kuru  (admitted *pro hac vice*)
   Email: ikuru@reedsmith.com
4  REED SMITH LLP
   10 South Wacker Drive
5  Chicago, IL  60606-7507
   Telephone: +1 312 207 1000
6  Facsimile: +1 312 207 6400

7  Christopher J. Pulido (SBN 313142)
   Email: cpulido@reedsmith.com
8  REED SMITH LLP
   101 Second Street, Suite 1800
9  San Francisco, California 94105-3659
   Telephone: +1 415 543 8700
10 Facsimile: +1 415 391 8269

11 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC;<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and WANG XIUYUAN a/k/a SEAN WANG,<br><br>Defendants. | No.: 2:21-cv-00876<br><br>**ORDER GRANTING PHILIPS' REQUEST TO SEAL PORTIONS OF ITS REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The Court, having reviewed Plaintiff Philips North America LLC's ("Philips") Request To Seal Portions Of Its Reply In Support Of Motion For Preliminary Injunction (the "Request"), all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

**IT IS ORDERED** that Philips' Request is **GRANTED**.

**IT IS FURTHER ORDERED** the following portions of Philips' Reply In Support Of Motion For Preliminary Injunction ("Reply") be sealed:

- The following portions of the Reply: The following portions of the Reply: pg. 3 lines 26-28; pg. 5 lines 15, 17-19; pg. 6 lines 5, 9-11, 16, 24-26; pg. 9 line 27; and pg. 10 lines 4-6.

**IT IS SO ORDERED.**

Dated:  September 22, 2021            /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE