| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BUCHALTER<br>A Professional Corporation<br>DYLAN W. WISEMAN (SBN: 173669)<br>JACQUELINE N. VU (SBN: 287011)<br>500 Capitol Mall, Suite 1900<br>Sacramento, CA  95814<br>Telephone: 916.945.5170<br>Email:  dwiseman@buchalter.com<br><br>Attorneys for Defendants<br>ADVANCED IMAGING SERVICES, INC.,<br>d/b/a ADVANCED IMAGING PARTS; and<br>WANG XIUYUAN a/k/a SEAN WANG |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC.,<br>d/b/a ADVANCED IMAGING PARTS; and<br>WANG XIUYUAN a/k/a SEAN WANG,<br><br>　　　　Defendants. | Case No. 2:21-cv-00876-JAM-AC<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING FOR THE PRELIMINARY INJUNCTION TO PERMIT INTRODUCTION OF NEW FAIR USE RECOMMENDATION AND FINAL RULE OF THE U.S. COPYRIGHT OFFICE**<br><br>Date:　　　　　September 28, 2021<br>Time:　　　　　1:30 p.m.<br>Courtroom: 6-14th Floor<br>Judge:　　　　Hon. John A Mendez<br>Complaint Filed: May 14, 2021 |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**STIPULATION AND ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING FOR THE PRELIMINARY INJUNCTION**
BN 47528887v3

**CASE NO. 2:21-CV-00867-JAM-AC**

# STIPULATION

Plaintiff Philips North America LLC ("Philips") and Defendants Advanced Imaging Services, Inc., d/b/a Advanced Imaging Parts ("AIP") and Wang Xiuyuan a/k/a Sean Wang (together with AIP, "Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, on May 14, 2021, Philips filed Motion for Preliminary Injunction ("Motion"). (Docket No. 5.)

2. WHEREAS, Defendants opposed this Motion on June 22, 2021. (Docket No. 30.)

3. WHEREAS, on September 22, 2021, the Court issued a minute order vacating the hearing on the Motion originally set for September 28, 2021, and taking the matter under submission without appearance or oral argument. (Docket No. 80.)

4. WHEREAS, as of October 19, 2021, the U.S. Copyright Office published Section 1201 Rulemaking: Eighth Triennial Proceeding Recommendation of the Register of Copyrights ("Recommendation"), setting forth proposed exemptions to the Digital Millennium Copyright Act, which was adopted by the U.S. Copyright Office, Library of Congress Final Rule ("Final Rule") on October 28, 2021.

5. WHEREAS, on November 1, 2021, Defendants notified Plaintiff that they intended to seek to supplement the preliminary injunction record with this information and submit a supplemental brief; and whereas, Plaintiff responded that it would like an opportunity to respond.

6. WHEREAS, the Parties, by and through their counsel, have met and conferred and have agreed to the following briefing schedule:

| | |
|---|---|
| Defendants to file supplemental brief re: Recommendation and Final Rule in Opposition to the Motion (max 10 pages, exclusive of declarations and exhibits) | November 5, 2021 |

2

STIPULATION AND ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING FOR THE PRELIMINARY INJUNCTION

CASE NO. 2:21-CV-00867-JAM-AC

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

BN 47528887v3

| | |
|---|---|
| Philips to file response to supplemental brief re: Recommendation and Final Rule (max 10 pages, exclusive of declarations and exhibits) | November 12, 2021 |

7.  WHEREAS, no other deadlines are affected by this Stipulation.

8.  Accordingly, it is hereby agreed and stipulated by the Parties that Defendants may file a supplemental brief re: Recommendation and Final Rule in Opposition to the Motion (not to exceed 10 pages) by November 5, 2021, that Philips may file a supplemental brief in response Defendants' supplemental brief re: Recommendation and Final Rule (not to exceed 10 pages) by November 12, 2021.

DATED: November 2, 2021   BUCHALTER
A Professional Corporation

By: */s/Dylan W. Wiseman*
DYLAN W. WISEMAN
JACQUELINE N. VU
Attorneys for Defendants,
ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and WANG XIUYUAN a/k/a SEAN WANG

DATED: November 2, 2021   REED SMITH LLP

By: */s/Christopher J. Pulido*
Christopher J. Pulido
James T. Hultquist *(pro hac vice)*
Jennifer Y. DePriest *(pro hac vice)*

Attorneys for Plaintiff, PHILIPS NORTH AMERICA LLC

3
BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO
STIPULATION AND ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING FOR THE PRELIMINARY INJUNCTION
CASE NO. 2:21-CV-00867-JAM-AC
BN 47528887v3

# [PROPOSED] ORDER

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that supplemental briefing regarding the Motion for Preliminary Injunction to address the October 19, 2021 U.S. Copyright Office's Section 1201 Rulemaking: Eighth Triennial Proceeding Recommendation of the Register of Copyrights ("Recommendation") and the October 28, 2021 U.S. Copyright Office, Library of Congress Final Rule ("Final Rule") is allowed.  The Court FURTHER ORDERS the following briefing schedule:

| | |
|---|---|
| Defendants to file supplemental brief re: Recommendation and Ruling in Opposition to the Motion  (max 10 pages, exclusive of declarations and exhibits) | November 5, 2021 |
| Philips to file response to supplemental brief re: Recommendation and Ruling (max 10 pages, exclusive of declarations and exhibits) | November 12, 2021 |

IT IS SO ORDERED.

DATED:  November 3, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

4

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING FOR THE PRELIMINARY INJUNCTION

CASE NO. 2:21-CV-00867-JAM-AC

BN 47528887v3