UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philips North America LLC, | No. 2:21-cv-00876-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Advanced Imaging Services, Inc., et al, | |
| Defendants. | |

The court has reviewed Philips North America LLC's *Ex Parte* Application to Amend the Scheduling Order, ECF No. 113, and Advanced Imaging Services, Inc. and Sean Wang's opposition, ECF No. 114.  Philips argues the parties need additional time to complete fact and expert discovery before dispositive motions are due, citing in part multiple motions to compel, including a pending motion to compel, ECF No. 106, and its recently denied motion to dismiss Advanced Imaging's counterclaims, ECF No. 111. Advanced Imaging and Mr. Wang argue Philips filed its motion to compel notwithstanding their good-faith efforts to respond to Philips' written discovery requests.  *See* Opp'n at 3–4.  They also argue "nothing prevented Philips' [sic] from propounding discovery on the countercomplaint while awaiting the Court's ruling." *Id.* at 4.

Good cause appearing, the court **grants** Philips' application.  The scheduling order, ECF No. 94, is amended as follows with all other provisions remaining in effect:

1

| Event | Date |
|---|---|
| Expert Witness Disclosure | 10/10/2022 |
| Supplemental/Rebuttal Expert Witness Disclosure | 10/24/2022 |
| Joint Mid-Litigation Statement | 11/29/2022 |
| Discovery Cutoff | 12/13/2022 |
| Dispositive Motions | 1/24/2023 |
| Hearing on Dispositive Motions | 3/10/2023 at 10:00 a.m. |
| Final Pretrial Conference | 5/12/2023 at 10:00 a.m. |

This order resolves ECF No. 113.

IT IS SO ORDERED.

DATED: May 4, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2