James T. Hultquist (admitted *pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (admitted *pro hac vice*)
Email: jdepriest@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email:   cpulido@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Christopher R. Brennan (admitted *pro hac vice*)
Email: cbrennan@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Attorneys for Plaintiff and Counter-Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and SEAN WANG,<br><br>Defendants. | No.: 2:21-cv-00876<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF REQUEST AND REQUEST TO SEAL PORTIONS OF THE JOINT STATEMENT REGARDING INSPECTION OF COMPUTERS AND EXHIBIT H OF THE AFFIDAVIT OF CHRISTOPHER J. PULIDO IN SUPPORT THEREOF** |
| RELATED CROSS-COMPLAINT | |

No.: 2:21-cv-00876

The Court, having reviewed Plaintiff Philips North America LLC's ("Philips") Notice of Request and Request to Seal portions of the Joint Statement Regarding Inspection of Computers ("Joint Statement") and portions of Exhibit G of the Affidavit of Christopher J. Pulido in Support Thereof ("Pulido Affidavit"), all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

**IT IS ORDERED** that Philips' Request is **GRANTED**.

**IT IS FURTHER ORDERED** the following portions of the Joint Statement and Pulido Affidavit be sealed:

- Portions of page 11 lines 4-10, lines 16-18, lines 21-24, and lines 27-28, page 12 line 1, line 3, lines 8-10, lines 12-15, and line 22, and page 13 lines 5-8 of the Joint Statement; and
- Portions of page 2 lines 13-23, page 3 lines 14-16, lines 19-20, lines 23-24, and line 27, and page 4 lines 1-4, lines 6-7, lines 9-11, lines 15-18, lines 20-27 of Exhibit H to the Pulido Affidavit.

**IT IS SO ORDERED.**

Dated: June 2, 2022

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE