BUCHALTER
A Professional Corporation
DYLAN W. WISEMAN (SBN: 173669)
JACQUELINE N. VU (SBN: 287011)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: dwiseman@buchalter.com

Attorneys for Defendants
ADVANCED IMAGING SERVICES, INC.,
d/b/a ADVANCED IMAGING PARTS; and
WANG XIUYUAN a/k/a SEAN WANG

James T. Hultquist (*pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (*pro hac vice*)
Email: jdepriest@reedsmith.com
Hubert J. Zanczak (*pro hac vice*)
Email: hzanczak@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email: cpulido@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Christopher R. Brennan (*pro hac vice*)
Email: cbrennan@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Attorneys for Plaintiff*
Philips North America LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC.,<br>d/b/a ADVANCED IMAGING PARTS; and<br>WANG XIUYUAN a/k/a SEAN WANG,<br><br>    Defendants. | Case No. 2:21-cv-00876-DAD-AC<br><br>**STIPULATION TO CONTINUE THE DEADLINE TO FILE JOINT STATEMENT IN SUPPORT OF PLAINTIFF'S RENEWED MOTION TO COMPEL INSPECTION OF COMPUTERS**<br><br>Hearing Date:   December 7, 2022<br>Hearing Time:   Submitted without argument<br>Judge:   Hon. Magistrate Allison Claire |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION TO CONTINUE THE DEADLINE TO
FILE JOINT STATEMENT ISO PLAINTIFF'S
RENEWED MOTION TO COMPEL
BN 45805494v1BN 73754877v1

Case No. 2:21-cv-00876-DAD-AC

# STIPULATION

Pursuant to Local Rule 230(f) of the Eastern District of California Civil Local Rules, Plaintiff, PHILIPS NORTH AMERICA LLC ("Plaintiff") and Defendants ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS ("Advanced Imaging") and WANG XIUYUAN a/k/a SEAN WANG ("Wang") (collectively, "Defendants" and collectively with Plaintiff, the "Parties") hereby stipulate and agree as follows:

1. On October 27, 2022, Philips filed its Renewed Motion to Compel Inspection of Computers ("Renewed Motion"), noticing the motion for a December 7, 2022 hearing. *See* Dkt. No. 140.

2. On October 28, 2022, the Court issued a minute order that stated "[t]he hearing on the motion now calendared for Wednesday, December 7, 2022 is ordered submitted without appearance and without argument pursuant to Local Rule 230 (g)." *See* Dkt. No. 141.

3. Under the current schedule and pursuant to the Local Rules, the Parties' joint statement related to the Renewed Motion is due to be filed November 30, 2022.

4. The Parties conducted a telephonic meet-and-confer on Friday, November 18, 2022 to discuss the Renewed Motion and attempt to reach amicable resolution. The Parties were unable to reach resolution during the November 18 meet-and-confer, and Philips indicated that it would provide its portion of the joint statement the week of November 21.

5. Plaintiff provided Defendants with its portion of the joint statement the morning of Wednesday, November 23, 2022.

6. Defendant Sean Wang is traveling in Japan, and unavailable to Defendants' counsel until December 1, 2022. Defendants require additional time to prepare their portion of the joint statement.

7. The Parties, by and through their counsel, have met and conferred and have agreed to continue the due date for the joint statement one week, to December 7, 2022.

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION TO CONTINUE THE DEADLINE TO FILE JOINT STATEMENT ISO PLAINTIFF'S RENEWED MOTION TO COMPEL
BN 45805494v1BN 73754877v1

Case No. 2:21-cv-00876-DAD-AC

8. No other deadlines are affected by this Stipulation, particularly given the Court's minute order in Docket No. 141 that the discovery motion is ordered submitted without appearance and without argument.

9. Accordingly, it is hereby agreed and stipulated by the Parties that the due date for the joint statement related to the Renewed Motion is continued to December 7, 2022.

**STIPULATED AND AGREED TO BY:**

DATED: November 29, 2022        BUCHALTER
                                A Professional Corporation


                                By: */s/Dylan Wiseman*
                                    DYLAN W. WISEMAN
                                    JACQUELINE N. VU
                                    Attorneys for Defendants,
                                    ADVANCED IMAGING SERVICES, INC.,
                                    d/b/a ADVANCED IMAGING PARTS; and
                                    WANG XIUYUAN a/k/a SEAN WANG


DATED: November 29, 2022        REED SMITH LLP


                                By: */s/Christopher J. Pulido*
                                    Christopher J. Pulido
                                    James T. Hultquist *(pro hac vice)*
                                    Jennifer Y. DePriest *(pro hac vice)*
                                    Ismail C. Kuru *(pro hac vice)*
                                    Attorneys for Plaintiff, PHILIPS NORTH
                                    AMERICA LLC

3

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION TO CONTINUE THE DEADLINE TO
FILE JOINT STATEMENT ISO PLAINTIFF'S
RENEWED MOTION TO COMPEL
BN 45805494v1BN 73754877v1

Case No. 2:21-cv-00876-DAD-AC

~~PROPOSED~~ ORDER

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the due date for the joint statement related to the Renewed Motion is continued to December 7, 2022.

IT IS SO ORDERED.

Dated: November 30, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION TO CONTINUE THE DEADLINE TO FILE JOINT STATEMENT ISO PLAINTIFF'S RENEWED MOTION TO COMPEL

Case No. 2:21-cv-00876-DAD-AC

BN 45805494v1BN 73754877v1