BUCHALTER
A Professional Corporation
DYLAN W. WISEMAN (SBN: 173669)
JACQUELINE N. VU (SBN: 287011)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: dwiseman@buchalter.com

Attorneys for Defendants
ADVANCED IMAGING SERVICES, INC.,
d/b/a ADVANCED IMAGING PARTS; and
WANG XIUYUAN a/k/a SEAN WANG

James T. Hultquist (*pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (*pro hac vice*)
Email: jdepriest@reedsmith.com
Hubert J. Zanczak (*pro hac vice*)
Email: hzanczak@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email: cpulido@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Christopher R. Brennan (*pro hac vice*)
Email: cbrennan@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Attorneys for Plaintiff*
Philips North America LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and WANG XIUYUAN a/k/a SEAN WANG,<br><br>Defendants. | Case No. 2:21-cv-00876-DAD-AC<br><br>**FOURTH STIPULATION TO CONTINUE THE DEADLINE TO FILE JOINT STATEMENT IN SUPPORT OF PLAINTIFF'S RENEWED MOTION TO COMPEL INSPECTION OF COMPUTERS**<br><br>Hearing Date:   December 7, 2022<br>Hearing Time:   Submitted without argument<br>Judge:   Hon. Magistrate Allison Claire |

## STIPULATION

Pursuant to Local Rule 230(f) of the Eastern District of California Civil Local Rules, Plaintiff, PHILIPS NORTH AMERICA LLC ("Plaintiff") and Defendants ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS ("Advanced Imaging") and WANG XIUYUAN a/k/a SEAN WANG ("Wang") (collectively, "Defendants" and collectively with Plaintiff, the "Parties") hereby stipulate and agree as follows:

1. On October 27, 2022, Philips filed its Renewed Motion to Compel Inspection of Computers ("Renewed Motion"), noticing the motion for a December 7, 2022 hearing. *See* Dkt. No. 140.

2. On October 28, 2022, the Court issued a minute order that stated "[t]he hearing on the motion now calendared for Wednesday, December 7, 2022 is ordered submitted without appearance and without argument pursuant to Local Rule 230 (g)." *See* Dkt. No. 141.

3. On or about November 29, 2022, the Parties agreed by stipulation to continue the due date for the joint statement to December 7, 2022. The Court granted the requested continuance. *See* Dkt. No. 143.

4. On or about December 7, 2022, the Parties agreed by stipulation to continue the due date for the joint statement to December 14, 2022. The Court granted the requested continuance. *See* Dkt. No. 145.

5. On or about December 14, 2022, the Parties agreed by stipulation to continue the due date for the joint statement to December 16, 2022. The Court granted the requested continuance. *See* Dkt. No. 147. Thus, under the current schedule and pursuant to the Local Rules, the Parties' joint statement related to the Renewed Motion is due to be filed December 16, 2022.

6. The Parties continue to discuss a potential resolution to the Renewed Motion.

7. The Parties, by and through their counsel, have met and conferred and have agreed to one final continuance of the due date for the joint statement to December 19, 2022.

8. No other deadlines are affected by this Stipulation, particularly given the Court's minute order in Docket No. 141 that the discovery motion is ordered submitted without appearance and without argument.

9. Accordingly, it is hereby agreed and stipulated by the Parties that the due date for the joint statement related to the Renewed Motion is continued to December 16, 2022.

**STIPULATED AND AGREED TO BY:**

DATED:  December 16, 2022             BUCHALTER
                                      A Professional Corporation


                                      By:  /s/Dylan Wiseman
                                           DYLAN W. WISEMAN
                                           JACQUELINE N. VU
                                           Attorneys for Defendants,
                                           ADVANCED IMAGING SERVICES, INC.,
                                           d/b/a ADVANCED IMAGING PARTS; and
                                           WANG XIUYUAN a/k/a SEAN WANG




DATED:  December 16, 2022             REED SMITH LLP


                                      By:  /s/Christopher J. Pulido
                                           Christopher J. Pulido
                                           James T. Hultquist *(pro hac vice)*
                                           Jennifer Y. DePriest *(pro hac vice)*
                                           Hubert J. Zanczak *(pro hac vice)*
                                           Christopher R. Brennan *(pro hac vice)*
                                           Attorneys for Plaintiff, PHILIPS NORTH
                                           AMERICA LLC

~~PROPOSED~~ ORDER

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the due date for the joint statement related to the Renewed Motion is continued to December 19, 2022.

IT IS SO ORDERED.

Dated: December 19, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE