James T. Hultquist (admitted *pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (admitted *pro hac vice*)
Email: jdepriest@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email:    cpulido@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Christopher R. Brennan (admitted *pro hac vice*)
Email: cbrennan@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Attorneys for Plaintiff and Counter-Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and SEAN WANG,<br><br>Defendants.<br><br>RELATED CROSS-COMPLAINT | No.: 2:21-cv-00876<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S NOTICE OF REQUEST AND REQUEST TO SEAL PORTIONS OF THE JOINT STATEMENT REGARDING RENEWED REQUEST FOR INSPECTION OF COMPUTERS AND RELATED EXHIBITS |

The Court, having reviewed Plaintiff Philips North America LLC's ("Philips") Notice of Request and Request to Seal portions of the Joint Statement Regarding Inspection of Computers ("Joint Statement") and portions of related exhibits, all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

**IT IS ORDERED** that Philips' Request is **GRANTED**.

**IT IS FURTHER ORDERED** the following portions of the Joint Statement and Pulido Affidavit be sealed:

- Joint Statement Regarding Discovery Disagreement ("Joint Statement"), specifically:
    - page 5, lines 10-19; page 7, lines 15-28; page 8, lines 1-3, 10-13, 23-26; page 10, lines 15, 16, 18-20, and 23-24; page 11, lines 1-4, 6-11, 13-17, 19-27; page 12, lines 1-4, 8-11, 15-17, 19-22, 24-25, 27-28; page 13, lines 4, 16-25; page 14, lines 1-5; page 24, lines 26-28; page 25, lines 2-4, 18-28; page 26, lines 1-4, 6-8;
- Select portions of Exhibit E of the Affidavit of Christopher J. Pulido ("Pulido Affidavit");
- Select portions of Exhibit H of the Pulido Affidavit;
- Select portions of Exhibit G of the Pulido Affidavit;
- Entirety of Exhibit J of the Pulido Affidavit;
- Select portions of Exhibit K of the Pulido Affidavit;
- Entirety of Exhibit L of the Pulido Affidavit;
- Select portions of Exhibit N of the Pulido Affidavit, specifically:
    - page 2, lines 14-23; page 4, lines 5-6, 13-16, and 21-27; page 4 lines 3-5, 11-15, 19-23, and 25-26; page 6, lines 2, 4-10, 13-14, 17-27; page 7, lines 1-6, 8-10, and 12-14;
- Entirety of Exhibit M of the Pulido Affidavit;
- Entirety of Exhibit O of the Pulido Affidavit;
- Select portions of Exhibit P of the Pulido Affidavit;
- Entirety of Exhibit Q of the Pulido Affidavit;
- Entirety of Exhibit R of the Pulido Affidavit;
- Entirety of Exhibit T of the Pulido Affidavit;
- Select portions of Exhibit 3 to the Declaration of Dylan W. Wiseman;
- Select portions of Exhibit 4 to the Declaration of Dylan W. Wiseman;
- Select portions of Exhibit 7 to the Declaration of Dylan W. Wiseman;
- Select portions of Exhibit 9 to the Declaration of Dylan W. Wiseman; and
- Select portions of Exhibit 13 to the Declaration of Dylan W. Wiseman.

**IT IS SO ORDERED.**

Dated: December 20, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

No.: 2:21-cv-00876          -1-
[PROPOSED] ORDER