BUCHALTER
A Professional Corporation
DYLAN W. WISEMAN (SBN: 173669)
JACQUELINE N. VU (SBN: 287011)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: dwiseman@buchalter.com

Attorneys for Defendant and Counter-Claimant
ADVANCED IMAGING SERVICES, INC.,
d/b/a ADVANCED IMAGING PARTS; and Defendant
WANG XIUYUAN a/k/a SEAN WANG

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADVANCED IMAGING SERVICES, INC.,<br>d/b/a ADVANCED IMAGING PARTS; and<br>WANG XIUYUAN a/k/a SEAN WANG,<br><br>　　　　Defendants.<br><br>ADVANCED IMAGING SERVICES, INC.,<br>d/b/a ADVANCED IMAGING PARTS,<br><br>　　　　Counter-Claimant,<br><br>　vs.<br><br>PHILIPS NORTH AMERICA LLC,<br><br>　　　　Counter-Defendant. | Case No. 2:21-cv-00876-DAD-AC<br><br>**ORDER GRANTING DEFENDANTS' AMENDED REQUEST TO SEAL PORTIONS OF OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS BASED ON SPOLIATION OF AN IST CERTIFICATE**<br><br>Date:　　July 19, 2023<br>Time:　　10:00 am<br>Judge:　　Hon. Allison Claire<br>Courtroom: 26, 8th Floor |

The Court, having reviewed Defendants' Advanced Imaging Services, Inc. ("Advanced") and Sean Wang (collectively "Defendants") Amended Request to Seal portions of Opposition to Plaintiff's Motion for Sanctions Based on Spoliation of an IST Certificate (the "Request") all supporting and opposition papers submitted in connection with the Amended Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

**IT IS ORDERED** that Defendants Amended Request is GRANTED.

**IT IS FURTHER ORDERED** the following portions of Defendants' Opposition to Plaintiff's Motion for Sanctions Based on Spoliation of an IST Certificate be sealed:

- The following portions of Defendants' Opposition:
  - Pg. 5: lines 2-5, 8-9; pg. 8, lines 18-19, 22-27; pg. 9 lines 1-16, 27-28; pg. 11, lines 2-3, 17-20; pg. 12, lines 1-3, 7-11 and 23; pg.13, lines 1-2, 16-17, and 19; pg. 14: 16-17, 19-20, 25-26; pg. 15, lines 1-11; 13-14, 15-19, 26-27; pg. 16, lines 2-5, 15-20; pg. 17, lines 7-9, 10-14, 17-24; pg. 18, lines 4-5, 7-8.
- Select portions of Exhibit 1 to the Declaration of Dylan Wiseman ("Wiseman Declaration")
- The entirety of Exhibit 2 to the Wiseman Declaration
- The entirety of Exhibit 5 to the Wiseman Declaration
- The entirety of Exhibit 9 to the Wiseman Declaration.
- The entirety of Exhibit 8 to the Wiseman Declaration

**IT IS SO ORDERED.**

DATED: July 17, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

2

ORDER GRANTING AMENDED REQUEST TO SEAL
BN 77293044v1

CASE NO. 2:21-CV-00867-DAD-AC