James T. Hultquist (admitted *pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (admitted *pro hac vice*)
Email: jdepriest@reedsmith.com
Hubert J. Zanczak (admitted *pro hac vice*)
Email: hzanczak@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email:    cpulido@reedsmith.com
Jonathan I. Detrixhe (SBN 258946)
Email: jdetrixhe@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Christopher R. Brennan (admitted *pro hac vice*)
Email: cbrennan@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Attorneys for Plaintiff and Counter-Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC | No.: 2:21-cv-00876 |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING PLAINTIFF'S NOTICE OF REQUEST AND REQUEST TO SEAL PORTIONS OF PLAINTIFF'S REPLY BRIEF AND EXHIBITS |
| vs. | |
| ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and SEAN WANG, | |
| Defendants. | |
| RELATED CROSS-COMPLAINT | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The Court, having reviewed Plaintiff Philips North America LLC's ("Philips") Notice of Request and Request to Seal portions of Plaintiff's Motion for Sanction for Spoliation of an IST Certificate, and Related Exhibits, all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

**IT IS ORDERED** that Philips' Request is **GRANTED**.

**IT IS FURTHER ORDERED** the following portions of the Plaintiff's Motion for Sanction for Spoliation of an IST Certificate be sealed:

- Philip's Reply Brief In Support of Plaintiff's Motion for Sanction for Spoliation of an IST Certificate, specifically:
  - Page 5, lines 25-26; page 8, lines 3-5, 25-26; page 9, lines 10-13, 21; page 10, lines 13-14, 26-28; page 14, line 8.
- Entire Exhibit C to the Affidavit of Jennifer Y. DePriest in Support of Plaintiff's Reply Brief in Support of Philips' Motion for Sanctions Based on Spoliation of an IST Certificate ("DePriest Affidavit").
- Entire Exhibit D to the DePriest Affidavit
- Entire Exhibit G to the DePriest Affidavit.

**IT IS SO ORDERED.**

**DATED: July 17, 2023**

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware