James T. Hultquist (admitted *pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (admitted *pro hac vice*)
Email: jdepriest@reedsmith.com
Hubert J. Zanczak (admitted *pro hac vice*)
Email: hzanczak@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email:   cpulido@reedsmith.com
Jonathan I. Detrixhe (SBN 258946)
Email: jdetrixhe@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Christopher R. Brennan (admitted *pro hac vice*)
Email: cbrennan@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Attorneys for Plaintiff and Counter-Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and SEAN WANG,<br><br>　　　　　　Defendants.<br><br>RELATED CROSS-COMPLAINT | No.: 2:21-cv-00876<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DEMONSTRATIVE SLIDES** |

For the reasons stated at the July 19, 2023 oral argument on Philips' motion for sanctions based on spoliation of an IST Certificate, and good cause appearing therefore, **IT IS ORDERED** that Philip's Demonstrative Slides be sealed.

**IT IS SO ORDERED.**

Dated: July 20, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE