James T. Hultquist (admitted *pro hac vice*)
Email: jhultquist@reedsmith.com
Jennifer Y. DePriest (admitted *pro hac vice*)
Email: jdepriest@reedsmith.com
Hubert J. Zanczak (admitted *pro hac vice*)
Email: hzanczak@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

Christopher J. Pulido (SBN 313142)
Email: cpulido@reedsmith.com
Jonathan I. Detrixhe (SBN 258946)
Email: jdetrixhe@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Christopher R. Brennan (admitted *pro hac vice*)
Email: cbrennan@reedsmith.com
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Attorneys for Plaintiff and Counter-Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and SEAN WANG,<br><br>Defendants. | No.: 2:21-cv-00876-DAD-AC<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE SPOLIATION MOTION PURSUANT TO LOCAL RULE 230, AND FOR ADDITIONAL PAGES FOR THE PARTIES' RESPECTIVE BRIEFS**<br><br>Hon. Magistrate Judge Claire |
| RELATED CROSS-COMPLAINT | |

No.: 2:21-cv-00876

Philips North America LLC ("Philips") and Defendants Advanced Imaging, Inc. dba Advanced Imaging Parts and Sean Wang ("Defendants," and collectively, the "Parties") hereby request that the Court enter a briefing schedule pursuant to Local Rule 230 and the Court's Standing Order for civil motions for Philips' motion for spoliation sanctions based on spoliation of evidence stored on Defendant's computer and violation of the Court's January 19, 2023 Order (Dkt. 165). The Court recently granted a similar administrative motion for Philips' prior motion for sanctions (Dkt. 172). In support of this request, the Parties state as follows.

1. Philips intends to file a motion for spoliation sanctions following Philips' forensic inspection of the laptop produced pursuant to the Court's January 19, 2023 Order (Dkt. 165).

2. Philips' motion will address forensic evidence and will include an expert witness declaration regarding the results of Philips' inspection of the computer provided by Defendants.

3. The Parties' counsel have conferred regarding the procedure for filing Philips' spoliation motion and the Parties agree that due to the complexity of this motion, it is not suitable for the joint statement process set forth in Local Rule 251 and this Court's Standing Order for discovery motions, and instead is better suited to be filed pursuant to the process for other civil motions set forth in Local Rule 230 and this Court's Standing Order. In addition, Defendants may depose Philips expert before their opposition papers are due.

4. Accordingly, Philips requests leave to file its spoliation motion pursuant to the process for civil motions set forth in Local Rule 230 and this Court's Standing Order. Both sides propose that the hearing on Philips' motion be set forty-nine (49) days from the filing of Philips' moving papers, with Defendants' opposition due twenty-one (21) days before the hearing, and Philips' reply due seven (7) days before the hearing. Philips will make its expert available for deposition reasonably in advance of the due date for Defendants' opposition. This briefing schedule will not affect any other provision of the Scheduling Order.

5. Given the technical complexity of this motion, Philips requests that the Court allow five (5) additional pages for the Parties' briefs (*i.e.*, a total of 35 pages between Philips' motion and reply, and 25 pages for Defendants' opposition).

No.: 2:21-cv-00876     – 2 –
JOINT MOTION FOR ADMINISTRATIVE RELIEF TO FILE SPOLIATION MOTION
PURSUANT TO LOCAL RULE 230 AND FOR ADDITIONAL PAGES

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that the Court grant the Joint Motion for Administrative Relief to File Spoliation Motion Pursuant to Local Rule 230, and allow the Parties an additional five (5) pages each for their respective briefing.

DATED:  August 24, 2023

REED SMITH LLP

By: */s/ Christopher J. Pulido*
James T. Hultquist (admitted *pro hac vice*)
Jennifer Y. DePriest (admitted *pro hac vice*)
Hubert J. Zanczak (admitted *pro hac vice*)
Christopher R. Brennan (admitted *pro hac vice*)
Christopher J. Pulido (SBN 313142)
Jonathan I. Detrixhe (SBN 258946)

*Attorneys for Plaintiff*

DATED:  August 24, 2023

BUCHALTER
A Professional Corporation

By: */s/ Dylan W. Wiseman*
DYLAN W. WISEMAN
JACQUELINE N. VU
Attorneys for Defendants,
ADVANCED IMAGING SERVICES, INC., d/b/a ADVANCED IMAGING PARTS; and WANG XIUYUAN a/k/a SEAN WANG

**SO ORDERED**.

DATED:  August 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE