1  BUCHALTER
   A Professional Corporation
2  DYLAN W. WISEMAN (SBN: 173669)
   500 Capitol Mall, Suite 1900
3  Sacramento, CA 95814
   Telephone: 916.945.5170
4  Email: dwiseman@buchalter.com

5  Attorneys for Defendant and Counter-Claimant
   ADVANCED IMAGING SERVICES, INC.,
6  d/b/a ADVANCED IMAGING PARTS; and Defendant
   WANG XIUYUAN a/k/a SEAN WANG

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11 | PHILIPS NORTH AMERICA LLC,              | Case No. 2:21-cv-00876-DAD-AC
12 |       Plaintiff,                         | [~~PROPOSED~~] ORDER GRANTING
                                              | DEFENDANTS' NOTICE OF REQUEST
13 |   vs.                                    | AND REQUEST TO SEAL PORTIONS OF
                                              | ITS OBJECTION TO MAGISTRATE
14 | ADVANCED IMAGING SERVICES, INC.,         | JUDGE'S FINDINGS AND
   | d/b/a ADVANCED IMAGING PARTS; and        | RECOMMENDATIONS
15 | WANG XIUYUAN a/k/a SEAN WANG,            |
16 |       Defendants.                        |
                                              | Date:      September 1, 2023
17 |                                          | Time:      10:00 am
                                              | Judge:     Hon. Allison Claire
18 |                                          | Courtroom: 26, 8th Floor
19 | ADVANCED IMAGING SERVICES, INC.,         |
   | d/b/a ADVANCED IMAGING PARTS,            |
20 |                                          |
   |       Counter-Claimant,                  |
21 |                                          |
   |   vs.                                    |
22 |                                          |
   | PHILIPS NORTH AMERICA LLC,               |
23 |                                          |
   |       Counter-Defendant.                 |
24
25
26
27
28

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

The Court, having reviewed Defendants' Advanced Imaging Services, Inc. ("Advanced") and Sean Wang (collectively "Defendants") Request to Seal portions of it Objection to Magistrate Judge's Findings and Recommendations (the "Request") all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

**IT IS ORDERED** that Defendants Request is GRANTED.

**IT IS FURTHER ORDERED** the following portions of Objections to Magistrate Judge's Findings and Recommendations be sealed:

- Objection to Magistrate Judge's Finding and Recommendations, specifically:
    - Page 5 lines 10-26; page 6, lines 1-24; page 10, lines 27-28 and page 11, lines 1-7.
- Entirety of Exhibit 1 of the Declaration of Dylan Wiseman

**IT IS SO ORDERED.**

DATED:  September 13, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

2

ORDER GRANTING REQUEST TO SEAL
BN 77413625v1

CASE NO. 2:21-CV-00867-DAD-AC